FOR THE DISTRICT OF KANSAS

JADE G. SHULER,                           )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      Civil No. 05-1108-MLB
                                          )
JO ANNE B. BARNHART,                      )
Commissioner of Social Security,          )
                                          )
            Defendant.                    )

## ORDER ON MOTION TO REMAND

Now on this 14th day of December, 2005, Defendant's Motion to Reverse and Remand and

for Final Judgment and Plaintiff's Response to Defendant's Motion come before the court.

Defendant appears by its attorney Robin B. Moore, Assistant U.S. Attorney; plaintiff appears by her

attorney, Daniel A. Parmele.  There are no other appearances.

After review of the file, Defendant's Motion to Reverse and Remand and for Final Judgment

and Plaintiff's Response therein, the court finds that the remand is appropriate in this case.

IT IS THEREFORE ORDERED that the original decision of the ALJ is reversed and the case

is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS ORDERED FURTHER that this judgment shall constitute a final judgment under Rule

58 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that upon receipt of this Order, the Appeals Council will

remand Plaintiff's case to an ALJ, who will be directed to obtain evidence from a vocational expert

regarding the effects of Plaintiff's limitations on the occupational base.

IT IS SO ORDERED.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
JADE SHULER v. SSA
CIVIL ACTION NO. 05-1108-MLB
ORDER ON MOTION TO REMAND

s/Monti Belot

MONTI L. BELOT
U.S. DISTRICT COURT JUDGE

**S/Robin B. Moore**
ROBIN B. MOORE, #10440
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, KS 67202
(316) 269-6481
(316) 269-6484 (FAX)
robin.moore@usdoj.gov

OF COUNSEL
Frank V. Smith III
Chief Counsel, Region VII
Social Security Administration

Janice E. Barnes-Williams, Mo. Bar No. 43763
Assistant Regional Counsel

**s/Daniel A. Parmele**
DANIEL A. PARMELE, # 14528
Law Offices of Daniel A. Parmele
830 E. Primrose St., Room 102
Springfield, MO 65807-5211
(417) 889-2570
m.ash@danielparmelelaw.com